KEVIN K. CHOLAKIAN (S.B.# 103423)
DAVID H. STREZA (S.B. # 209353)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Telephone: (415) 467-8200
Facsimile: (415) 467-8206
dstreza@cholakian.net

Attorneys for Plaintiff
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

THE COSTA LAW FIRM
DANIEL P. COSTA (S.B. # 110919)
455 University Avenue, Suite 360
Sacramento, California  95825
Telephone:  (916) 920-2856
Facsimile:  (916) 920-2857

Attorneys for Defendant
FEDERATED MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>       Plaintiff,<br>   vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No.:  C 07-01531 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TIME TO CONDUCT EARLY NEUTRAL EVALUATION**<br><br>**Courtroom: 2, 17th Floor**<br>**Judge:       Hon. Jeffrey S. White** |

The parties hereby stipulate that the September 4, 2007 early neutral evaluation deadline be extended to November 16, 2007.  The parties were in the process of conducting pre-trial discovery and investigation, including the deposition of John DeBeaumont, and were unable to complete the deposition prior to the early neutral evaluation cut-off date.

As such, the parties have agreed to continue the early neutral evaluation deadline to November 16, 2007 in order to allow further discovery to proceed prior to the evaluation.

DATED: September 19, 2007                                CHOLAKIAN & ASSOCIATES

                                                By:   /s/  David J. Streza
                                                    Kevin C. Cholakian
                                                    David J. Streza
Attorneys for Plaintiff
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

DATED:  September 18, 2007                               THE COSTA LAW FIRM

                                                By:      /s/  Daniel P. Costa
                                                   Daniel P. Costa
Attorneys for Defendant
FEDERATED MUTUAL INSURANCE COMPANY

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the early neutral evaluation deadline of September 4, 2007 is hereby extended to November 16, 2007.

DATED: September 20, 2007                                _____
                                                                     Honorable Jeffrey S. White

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
5 THOMAS MELLON CIRCLE, SUITE 105
SAN FRANCISCO, CALIFORNIA 94134