1  KEVIN K. CHOLAKIAN (S.B.# 103423)
   DAVID H. STREZA (S.B. # 209353)
2  CHOLAKIAN & ASSOCIATES
3  A Professional Corporation
   5 Thomas Mellon Circle, Suite 105
4  San Francisco, CA 94134
   Telephone: (415) 467-8200
5  Facsimile: (415) 467-8206
6  dstreza@cholakian.net

7  Attorneys for Plaintiff
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
8

9  THE COSTA LAW FIRM
   DANIEL P. COSTA (S.B. # 110919)
10 455 University Avenue, Suite 360
   Sacramento, California 95825
11 Telephone: (916) 920-2856
   Facsimile: (916) 920-2857
12

13 Attorneys for Defendant
   FEDERATED MUTUAL INSURANCE COMPANY
14

15                      UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17 STATE FARM MUTUAL AUTOMOBILE  )   Case No.: C 07-01531 JSW
   INSURANCE COMPANY,            )
18                               )
                                 )
19          Plaintiff,            )   STIPULATION AND [PROPOSED]
       vs.                        )   ORDER CONTINUING TIME TO
20                               )   COMPLETE LAY WITNESS
                                 )   DEPOSITIONS
21 FEDERATED MUTUAL INSURANCE    )
   COMPANY, and DOES 1 through 50,)
22 inclusive,                    )
                                 )   Courtroom: 2, 17th Floor
23          Defendants.           )   Judge:     Hon. Jeffrey S. White
                                 )

24

25     The parties hereby stipulate that the November 1, 2007 deadline for completion of lay

26 witness depositions be extended to December 15, 2007. Due to scheduling conflicts, the parties

27 were unable to complete the depositions of James DeBeaumont (co-owner of Tri-City) and Paul

28 DeBeaumont (employee of Tri-City) prior to the cut-off date to complete depositions of lay

STIPULATION AND PROPOSED ORDER                    1
CASE NO. C 07-01531 JSW

witnesses.

As such, the parties have agreed to continue the deadline for completion of lay witness depositions to December 15, 2007 for the purposes of completing the depositions of James DeBeaumont and Paul DeBeaumont.

DATED: October 25, 2007            CHOLAKIAN & ASSOCIATES

                                   By: _____
                                   Kevin C. Cholakian
                                   David J. Streza
                                   Attorneys for Plaintiff
                                   STATE FARM MUTUAL AUTOMOBILE
                                   INSURANCE COMPANY

DATED:  October 25, 2007           THE COSTA LAW FIRM

                                   By: _____
                                   Daniel P. Costa
                                   Attorneys for Defendant
                                   FEDERATED MUTUAL INSURANCE
                                   COMPANY

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the November 1, 2007 deadline for completion of lay witness depositions be extended to December 15, 2007.

DATED: October 26, 2007            _____
                                   Honorable Jeffrey S. White

STIPULATION AND ~~PROPOSED~~ ORDER                     2
CASE NO. C 07-01531 JSW