UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Plaintiff,

v.

FEDERATED MUTUAL INSURANCE COMPANY,

    Defendant.
_____/

No. C-07-1531 JSW (EMC)

**ORDER RE SANCTIONS**

TO ALL PARTIES AND COUNSEL OF RECORD:

On January 16, 2008, the parties were ordered to lodge a Settlement Conference Statement 14 days prior to the conference, which is scheduled for February 5, 2008 (*see* Docket No. 25). Settlement Conference statements were due on January 22, 2008. As of this date, Settlement Conference statements have not been received by chambers.

IT IS HEREBY ORDERED that if a statement is not lodged by 12:00 Noon on January 31, 2008, the parties and their attorneys of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

IT IS SO ORDERED.

Dated: January 28, 2008

                                                    _____
                                                  EDWARD M. CHEN
                                                  United States Magistrate Judge